**William THOMPSON, Appellant,**

v.

**Michael Francis YOUNG, Dr., Cummins Unit, Arkansas Department of Correction, originally sued as "Young," Appellee.**

No. 00–1485.

United States Court of Appeals, Eighth Circuit.

Submitted Dec. 26, 2000.

Decided Jan. 8, 2001.

Before RICHARD S. ARNOLD, HANSEN, and BYE, Circuit Judges.

PER CURIAM.

William Thompson, an Arkansas inmate, appeals the district court's[1] dismissal of his 42 U.S.C. § 1983 action in which he claimed that Dr. Michael Young was deliberately indifferent to his serious medical condition. After de novo review, *see Weaver v. Clarke*, 45 F.3d 1253, 1255 (8th Cir.1995), we agree with the district court Thompson failed to state an Eighth Amendment claim against the prison doctor. The Eighth Amendment does not prohibit a prison doctor from exercising his own independent medical judgment, and inmates do not have a constitutional right to any particular type of treatment. *See Long v. Nix*, 86 F.3d 761, 765 (8th Cir.1996).

---

1. The Honorable H. David Young, United States Magistrate Judge for the Eastern District of Arkansas, to whom the case was referred for final disposition by consent of the parties pursuant to 28 U.S.C. § 636(c).

Accordingly, we affirm. *See* 8th Cir. R. 47B.